# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-5186**  September Term, 2015

1:14-cv-00747-RJL

Filed On: May 23, 2016

Bank of New York Mellon, As Successor in Interest to JP Morgan Chase Bank, National Association, As Successor In Interest to Bank One, National Association, As Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2003-HS1, Asset Backed Pass-Through Certificates, formerly known as Bank of New York Trust Company, NA, formerly known as JPMorgan Chase Bank,

    Appellee

    v.

Perry M. Henderson, formerly known as Perry M. Bryant,

    Appellant

United States of America,

    Appellee

**BEFORE:** Tatel, Griffith, and Millett, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration (styled as a petition for rehearing), and the motion for temporary restraining order and preliminary injunction, it is

**ORDERED** that the motion for reconsideration be denied. Appellant is instructed to raise in his appellate brief any arguments he wishes the court to consider. It is

**FURTHER ORDERED** that the motion for temporary restraining order and preliminary injunction be denied. The request for a stay of this proceeding is now moot, because the court has ruled on the motion for reconsideration. Because no judgment has been entered in this case, appellant cannot file a petition for rehearing at this time. See Fed. R. Civ. P. 40 ("a petition for panel rehearing may be filed within 14 days after entry of judgment").

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-5186**                                      **September Term, 2015**

The following revised briefing schedule will now apply:

| | |
|---|---|
| Appellant's Brief | May 31, 2016 |
| Appellees' Brief | June 30, 2016 |
| Amicus Curiae Appointed for Appellant's Brief | July 14, 2016 |
| Appellant's Reply Brief | July 14, 2016 |

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Robert J. Cavello
Deputy Clerk